IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VANAJA MANNE,<br><br>            Plaintiff,<br><br>vs.<br><br>TRACY RENAUD, Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services;<br><br>            Defendant. | 8:22CV17<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion, (Filing No. 37), is granted. Lynnett M. Wagner is substituted for Kelly M. Marzullo as counsel for the defendant. Kelly M. Marzullo will no longer receive ECF notifications in this case.

2) Defendant's motion, (Filing No. 38 ), is granted. Ur M. Jaddou, Director, United States Citizenship and Immigration Services, is hereby substituted for Tracy Renaud as a Defendant in this case.

3) The clerk shall modify the docket accordingly.

Dated this 14th day of January, 2022.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge